**United States District Court**
For the Northern District of California

1
2
3              NOT FOR CITATION

4          IN THE UNITED STATES DISTRICT COURT

5        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  KIMBERLY WILLIAMS,                          NO: CV 06-04434 PJH

                 Plaintiff,               **ORDER REGARDING FAILURE
8      v.                                  TO E-FILE**

9

10  UNION PACIFIC RAILROAD COMPANY,
                 Defendant.
11  _____/

12        This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,

13  Section VI of  which requires that all documents in such a case be filed electronically.  Our docket

14  reflects that the **Notice of Removal (doc 1)** was not filed electronically.

15        IT IS HEREBY ORDERED counsel for **Defendant Union Pacific Railroad Company**  e-

16  mail the above mentioned document to the Court in Portable Document Format ("PDF") format

17  within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email

18  box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure

19  listed there).  Do *not* e-file a document which has been previously filed on paper, as is the case with

20  the above mentioned filing. **All subsequent papers should be e-filed.**

21        Failure to comply with this order may result in the imposition of monetary or other sanctions

22  on a daily basis until the failure to comply with the General Order has been remedied.

23        General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

24  become an ECF User and be assigned a user ID and password for access to the system upon

25  designation of the action as being subject to ECF."

26
27
28

1     IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel

2   for Defendant shall register forthwith as an ECF User and be issued an ECF User ID and password.

3   Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

4

5   Dated: 8/17/06                                    _____

6                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California