Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WILLIAMS, an individual, | Case No.  C-06-04434 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES One through 250, | |
| Defendants. | |

This agreement is entered into by and between the undersigned attorneys on behalf of their respective clients, KIMBERLY WILLIAMS ("Plaintiff") and UNION PACIFIC RAILROAD COMPANY "(Defendant").

   1.   Plaintiff and Defendant (hereinafter "Parties") have requested the production of certain documents for inspection and copying in conjunction with discovery in this litigation, and,

   2.   These documents include sensitive, confidential and/or proprietary records including employee personnel records, employee earnings records, medical records, financial records, and proprietary business information with commercial value of a private nature (hereinafter "Confidential Material").

   3.   Copies of Confidential Material will be designated "Confidential".

1





4. Confidential documents, all copies thereof, and any summaries, charts or notes made therefrom, and any facts or information contained therein or derived therefrom, shall be disclosed only to the Court and/or to: (a) the parties; (b) counsel for the parties hereto and their agents, employees, paralegals, or other secretarial and clerical employees or agents; (c) experts or consultants retained by one or more of the parties to this action or their counsel, to assist in preparation of this action or trial; (d) deponents and their counsel; (e) stenographic reporters and videographers who are involved in depositions, the trial of any hearings or proceedings before the Court in this action; and (f) witnesses at the trial of this action.

5. No person authorized hereunder to view copies of Confidential Material, or to make notes therefrom, may disclose any portion of the subject matter or contents of either to any person not authorized hereunder.

6. The Confidential Material; copies of any portion of the Confidential Material itself, and all notes arising from examination of said Confidential Material, as well as discussions of the contents thereof, shall be used only in connection with the instant case, and shall not be used in connection with any other lawsuit or for any other purpose whatsoever, unless such Confidential Material is independently discovered in another proceeding. Within 180 days following the conclusion of this action, including appeals, if any, the parties and their counsel, shall destroy all Confidential Materials and provide notice to the other parties' attorneys of record.

7. The Protective Order is without prejudice to reconsideration by the Court as discovery continues.

8. The Parties may request that Confidential Material be filed under seal. However any such request shall be subject to approval by the court, for good cause, upon noticed motion made pursuant to Local Rule 79-5. A sealing order may be issued only in compliance with Local Rule 79-5.

9. Any Party may move the Court for relief from, or modification of, this order at any time, and each Party hereto reserves the right to contend in any such motion that documents produced by another Party and information contained therein are not confidential. This stipulation

1  does not constitute an admission as to the admissibility of any Confidential Material at trial.

2      10.    The Parties agree to act in good faith in designating Confidential Material and agree
3  not to use this Stipulation for any purpose other than as stated herein.

4  IT IS SO STIPULATED.

5  Dated: October 24, 2006          McQUAID BEDFORD & VAN ZANDT, LLP

7          By: _____/s/ Robert L. Zaletel_____
                Robert L. Zaletel
8               Attorneys for Defendant
                UNION PACIFIC RAILROAD COMPANY

9  IT IS SO STIPULATED.
10 Dated: October 26, 2006

                                  AIMAN-SMITH & MARCY

12         By: _____/s/ Randall Aiman-Smith_____
                Randall Aiman-Smith
13              Attorneys for Plaintiff
                KIMBERLY WILLIAMS

## PROTECTIVE ORDER

For Good Cause appearing, the court enters the above stipulated protective order as an order of the Court.

Dated: 10/31/06  _____
                  UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

N:\mbvzmain\11346\041\OTHER\00013376.WPD

3

STIPULATION & [PROPOSED] PROTECTIVE
ORDER RE CONFIDENTIAL DOCUMENTS                    Case No. CV 06-04434 PJH