Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WILLIAMS, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES One through 250,<br><br>      Defendants. | Case No.  C-06-04434 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATE TO COMPLETE MEDIATION** |

   Plaintiff Kimberly Williams and Defendant Union Pacific Railroad Company hereby stipulate as follows:

   WHEREAS, this employment discrimination case is currently scheduled for mediation with the Court's ADR program with court mediator Ms. Jamie Dupree, to be held on January 18, 2007; and

   WHEREAS, the Court's Minute Order of October 20, 2006 required mediation to be concluded by January 27, 2007 (Docket No. 14); and

   WHEREAS, Plaintiff has filed a motion to amend the complaint to add five defendants and new claims, and to remand the case to state court, which is scheduled to be heard January 17, 2007 (the day before the mediation); and

1

1  WHEREAS, the parties wish to continue the date to complete mediation by sixty (60) days,
2  since the mediation will be cancelled if the remand motion is successful, and if the case is not
3  remanded, so that the parties can address at the mediation any new defendants or claims which are
4  added to the case; and

5  WHEREAS, the parties wish to allow sufficient time for the Court to rule on the motion to
6  amend/remand after the January 17th, hearing; and

7  WHEREAS, the parties have discussed the matter with the mediator and selected a new date
8  for the mediation (March 14, 2007) in the event the Court accepts this stipulation;

9  THEREFORE, the parties hereby request that the Court extend the date to complete
10 mediation sixty (60) days to March 27, 2007.

11 Dated: December 22, 2006              McQUAID BEDFORD & VAN ZANDT, LLP

13                                       By:   /s/ Robert L. Zaletel
                                              Robert L. Zaletel
14                                       Attorneys for Defendant UNION PACIFIC
                                         RAILROAD COMPANY

16 Dated: December 22, 2006              AIMAN-SMITH & MARCY

18                                       By:   /s/ Randall B. Aiman-Smith
                                              Randall B. Aiman-Smith
19                                       Attorneys for Plaintiff KIMBERLY WILLIAMS



STIPULATION & [PROPOSED] ORDER CONTINUING MEDIATION

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE APPEARING, the Court extends the date to complete mediation for sixty days to March 27, 2007.

Dated: 1/4/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton

00019808.WPD

3

STIPULATION & [PROPOSED] ORDER CONTINUING MEDIATION

# PROOF OF SERVICE

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California 94105. On the date designated below, I served the within:

. **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO COMPLETE MEDIATION**

<u>Attorneys for Plaintiff</u>
Randall B. Aiman-Smith
Reed W.L. Marcy
AIMAN-SMITH & MARCY
7677 Oakport Street, Suite 1020
Oakland CA 94621
Tel: 510/562-6800
Fax: 510/562-6830

<u>Mediator</u>
Jamie L. Dupree
Futterman & Dupree LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 399-3840
Fax: (415) 399-3838

by placing a true and correct copy thereof in a sealed envelope addressed as shown, with first-class postage thereon fully prepaid, and deposited in a recognized place of deposit of the U.S. mail in San Francisco, California,

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: December 22, 2006

_____
Ilze Palms

00013547